**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**CLAUDE COX**                                                                         **PLAINTIFF**
**AKA CANDY LEE**

**v.**                                                          **CIVIL ACTION NO. 5:15CV-P119-GNS**

**RICHARD MOORE**                                                                   **DEFENDANT**

**MEMORANDUM OPINION AND ORDER**

Plaintiff Claude Cox filed the instant *pro se* action.  By prior Memorandum and Order

(DN 5), the Court denied Plaintiff's application to proceed without prepayment of fees pursuant

to 28 U.S.C. § 1915(g) and directed him to pay the filing fee in full for the instant action within

30 days from entry of the Order.  The Court warned Plaintiff that failure to pay the filing fee

within the time allowed would result in dismissal of the action and his continued responsibility

for payment of the filing fee.  Instead of paying the fee, Plaintiff filed two motions for

reconsideration, which the Court denied by Order entered November 20, 2015 (DN 11).  The

Court again warned Plaintiff that his failure to pay the filing fee in full within 21 days from the

date of entry of the Order would result in dismissal of the action and his continued responsibility

for payment of the $400.00 filing fee.

Well over 21 days have passed, and Plaintiff has not paid the filing fee.  Consequently,

the action will be dismissed by separate Order pursuant to Fed. R. Civ. P. 41(b) for failure to

comply with a prior Order of the Court and for failure to prosecute.

As the Court previously advised Plaintiff, dismissal of this action does not relieve him of his responsibility to pay the requisite filing fee in this action. *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). The obligation to pay the filing fee attaches when a prisoner "brings a civil action." *In re Alea*, 286 F.3d at 381. "The subsequent dismissal of the action under § 1915(g) for failure to pay that fee does not negate or nullify the litigant's continuing obligation to pay the fee in full." *Id.*

Accordingly, **the prior Orders (DNs 5 & 11) obligating Plaintiff to pay the $400.00 filing fee in this action remain in full effect**.

**IT IS THEREFORE ORDERED that the Kentucky State Penitentiary shall collect and forward the $400.00 filing fee from Plaintiff's inmate account to the Clerk for full payment of the filing fee.** The payment shall be sent to the following address:

Office of the Clerk<br>
United States District Court<br>
Western District of Kentucky<br>
106 Gene Snyder U.S. Courthouse<br>
601 West Broadway<br>
Louisville, KY  40202-2249

The **Clerk of Court is DIRECTED** to open an account for the payment of the filing fee.

Date:  February 4, 2016

**Greg N. Stivers, Judge**
**United States District Court**

cc:  Plaintiff, *pro se*
     Financial Section, USDC, WDKY
     KSP, Attn: Inmate Accounts (#155616), 266 Water Street, Eddyville, KY 42038
4416.005